MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 126*—*when delivery not shown.* In an action to recover the purchase price of a certain number of angle irons, evidence *held* insufficient to show delivery of a portion of the irons by an expressman at the building at which defendants were working.

2. SALES, § 126*—*what does not constitute delivery of angle irons to building contractors.* The mere placing by an expressman of angle irons, for use in a building under construction, in the street alongside the curb, does not constitute a delivery to the contractors, if no one representing the latter received the irons or checked them up.

---

### Horace D. Kennedy, Appellee, v. North Avenue Motor Sales Company, Appellant.

### Gen. No. 24,083.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Action by Horace D. Kennedy, plaintiff, against North Avenue Motor Sales Company, a. corporation, defendant, to recover back the purchase price of a motor truck. From a judgment for plaintiff for $75, defendant appeals.

SAMUEL A. MILLER and AARON R. EPPSTEIN, for appellant.

No appearance for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 352*—*when purchaser may recover back purchase price of motor truck.* The purchaser of a motor truck is entitled to recover back the purchase price where the written contract of sale contains a condition that the truck is "to be running and in usable condition," and it is impossible to run the truck.

---

## Blanche G. Lane, Appellee, v. Frederick J. Lane, Appellant.

### Gen. No. 24,103.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. HENRY GUERIN, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Bill by Blanche G. Lane, complainant, against Frederick J. Lane, defendant, for separate maintenance. From a decree ordering the payment of $65 monthly to complainant and the sum of $300 for the necessary expense of an operation, hospital expenses, doctor's fees, etc., defendant appeals.

LYNDEN EVANS, for appellant.

SMITH, FAKE, LEVINSON & HOFFMAN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.